No. 43682.—Protests 837031–G, etc., of A. W. Fenton Co. (Cleveland).

Opinion by TILSON, J.   The protests were submitted without the introduction of evidence in support of the claims made.   Following the authorities cited in Abstract 15400 the court dismissed the protests.